# UNITED STATES DISTRICT COURT
## Northern District of California

JOHN CAMPIGLIA,

        Plaintiff(s),

  v.

SAXON MORTGAGE SERVICE,

        Defendant(s).
_____/

No. C 09-01893 MEJ

**ORDER TO SHOW CAUSE**

On May 29, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of July 9, 2009. (Dkt. #6.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by June 18, 2009. However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the July 9, 2009 motion to dismiss hearing and ORDERS Plaintiff John Campiglia to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by June 25, 2009, and the Court shall conduct a hearing on July 2, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 19, 2009

_____
Maria-Elena James
United States Magistrate Judge