UNITED STATES DISTRICT COURT

Northern District of California

JOHN CAMPIGLIA,

          Plaintiff(s),          No. C 09-01893 MEJ

  v.

SAXON MORTGAGE SERVICE,      **SECOND ORDER FOR PARTIES TO FILE CONSENT DECLINATION**

          Defendant(s).
_____/

On June 1, 2009, the Court ordered the parties to consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge. (Dkt. #8.) Although the Court set a deadline of June 18, 2009, neither party filed a consent or declination. Accordingly, the Court hereby ORDERS the parties to file their consent/declination forms by June 25, 2009. Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: June 19, 2009

                                                            _____
                                                             Maria-Elena James
                                                             United States Magistrate Judge