PETER J. SALMON (SBN 174386)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: tabbott@piteduncan.com

**E-Filed 9/1/2009**

Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JOHN CAMPIGLIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC, a Texas corporation doing business in California as C1917894; and DOES 1-10,<br><br>Defendants. | Case No. CV 09--01893 HRL JF<br>ORDER APPROVING<br>**STIPULATION TO SET INITIAL CASE MANAGEMENT CONFERENCE FOR DECEMBER 18, 2009 AND EXTEND THE TIME FOR SAXON MORTGAGE SERVICES, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant, SAXON MORTGAGE SERVICES, INC. ("Saxon"), and Plaintiff, JOHN CAMPIGLIA ("Plaintiff") by and through their counsel of record, stipulate to setting the initial case management conference for December 18, 2009 and the deadline for Saxon to respond to Plaintiff's First Amended Complaint as October 2, 2009. This Stipulation is based on the following:

### RECITALS

1.  Saxon removed this matter to the Northern District of California - San Francisco Division on April 30, 2009;

2.  Plaintiff identified that venue was proper in the San Jose Division based on the situs of the real property at issue in the matter;

3.  On June 23, 2009, this case was reassigned to Judge Magistrate Howard R. Lloyd of the San Jose Division for all further proceedings, and later that day was reassigned again to Judge Jeremy Fogel for all further proceedings;

1     4.     Due to the change of venue and several reassignments, it appears that an initial case management conference has not be scheduled in this case. Plaintiff and Saxon therefore called Judge Fogel's clerk on August 28, 2009, to inquire. Judge Fogel's clerk informed the parties that they may submit a stipulation setting the date of the initial case management conference. In speaking to Judge Fogel's clerk, counsel for Plaintiff and Saxon determined that December 18, 2009 is an open date for all counsel involved as well as the court. Therefore, the parties respectfully submit this stipulation setting the initial case management conference for December 18, 2009; and

    5.     Plaintiff filed his First Amended Complaint in this case on August 7, 2009, and the parties also wish to extend the time in which Saxon may respond to the First Amended Complaint, so as to provide the parties with additional time to explore amicable resolution of this case. Therefore, the parties respectfully submit this stipulation setting the last day for Saxon to respond to the First Amended Complaint as October 2, 2009.

/././

-2-
STIPULATION AND [PROPOSED] ORDER

**STIPULATION**

In consideration of the foregoing facts, the parties stipulate and agree as follows:

1. The initial case management conference shall be scheduled for December 18, 2009, or as soon thereafter as possible; and

2. The time for Saxon to respond to Plaintiff's First Amended Complaint shall be extended to October 2, 2009.

Respectfully submitted,

Dated: August 28, 2009    PITE DUNCAN, LLP

/s/ Thomas N. Abbott
THOMAS N. ABBOTT
Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

Respectfully submitted,

Dated: August 28, 2009    LAW OFFICES OF SALLY A. WILLIAMS

/s/ Sally A. Williams
SALLY A. WILLIAMS
Attorney for Plaintiff JOHN CAMPIGLIA.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31/2009

HONORABLE JEREMY FOGEL
United States District Court Judge