**E-Filed 2/17/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN CAMPIGLIA,<br>　　　　　　　　Plaintiff,<br>　　v.<br>SAXON MORTGAGE SERVICES, INC., a Texas corporation doing business in California as C1917894; PAUL FINANCIAL, LLC; and DOES 1 -10,<br>　　　　　　　　Defendants. | Case Number C 09-01893 JF<br>ORDER[1] GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>[re: docket no. 35] |

After consideration of Plaintiff's briefing and Defendant Saxon Mortgage Services, Inc.'s ("Saxon") non-opposition, and good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiff's request for permission to file late opposition to Saxon's motion to dismiss is GRANTED. As Plaintiff filed his opposition on February 12, 2010, Saxon will have until February 23, 2010, to file its reply.

DATED: February 17, 2010

　　　　　　　　　　　　　　　　　　　　　　　／s／ Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This disposition is not designated for publication in the official reporter.

Case No. C09-1893
ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE LATE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
(JFLC3)